**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ORLANDO MARTINEZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                Plaintiff,

v.

PORTA BELLA GROUP LLC, *et al.*,

                Defendants.

Case No.: 18-cv-11666 (ER)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For Defendants:

By: _____
Evan Michailidis, Esq.
Daune Morris, LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 471-1864
Fax: (212) 214-0650
emichailidis@duanemorris.com

Date: 10/30/19

For Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: October 30, 2019

SO ORDERED: _____

_____
Hon. Edgardo Ramos, U.S.D.J.

October 30, 2019
Dated